HENRY M. ISAACSON, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Submitted April 19, 1889; decided May 3, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made June 1, 1886, which affirmed a judgment in favor of plaintiff, entered upon a verdict.

*Frank Loomis* for appellant.

*Horace E. Deming* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.